# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| SECURITY AUSTIN RISK AMG, L.L.C. | § § § § | Case No. 10-11645-TMD-7 |
| Debtor(s). | § | |

## TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed. Pursuant to Bankruptcy 3010 or 3011, as applicable and 11 U.S.C. 347(a), the undersigned trustee remits herewith his check(s) in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated:   April 30, 2015            /s/ RANDOLPH N. OSHEROW
                                   RANDOLPH N. OSHEROW, Trustee
                                   State Bar No. TX15335500
                                   342 West Woodlawn, Suite 100
                                   San Antonio, TX  78212
                                   (210) 738-3001

# EXHIBIT "A"
## Unclaimed Dividends

| Name and Address | Claim No. | Amount |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE, GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | 59C | 4,955.64 |
| CHRIS MASHBURN<br>6 Water Front Avenue<br>Austin, TX 78734 | 43A | 7,193.29 |
| MISSOURI DEPARTMENT OF REVENUE, GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | 59A | 2,010.47 |
| Iron Mountain Info Mgmt, Inc.<br>ATTN: Joseph Corrigan, Esquire<br>745 Atlantic Ave, 10th Fl<br>Boston, MA 02111 | 33 | 16.36 |
| PCCP DCP Dallas Hotel, LLC<br>dba The Fairmont Dallas<br>c/o Macdonald Devin/ Patrick Madden<br>1201 Elm St #3800<br>Dallas TX 75270 | 34 | 15,327.98 |
| Chris Mashburn<br>6 Water Front Avenue<br>Austin, TX 78734 | 43B | 3,762.23 |
| MISSOURI DEPARTMENT OF REVENUE, GENERAL COUNSEL<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | 59B | 0.41 |
| TOTAL: | | 33,266.38 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | § | |
|---|---|---|
| In re: | § | |
| | § | |
| SECURITY AUSTIN RISK AMG, L.L.C. | § | Case No. 10-11645-TMD-7 |
| | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## CERTIFICATE OF MAILING

I certify that a copy of: DEPOSIT OF UNCLAIMED DIVIDENDS was mailed to the below named persons, by first class mail, on this the 30th day of April, 2015.

Address(es):

U. S. TRUSTEE
903 SAN JACINTO BLVD., SUITE 230
AUSTIN, TX 78701-2450

DEBTOR
SECURITY AUSTIN RISK AMG, L.L.C.
3500 COMSOUTH DRIVE
AUSTIN, TX 78744

ATTORNEY FOR DEBTOR
Lynn H. Butler
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

SEE ATTACHED MAILING MATRIX FOR A LIST OF PARTIES SERVED.

Respectfully submitted by:

/s/ RANDOLPH N. OSHEROW
RANDOLPH N. OSHEROW, 7 Trustee
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001

MISSOURI DEPARTMENT OF
REVENUE, GENERAL COUNSEL
PO BOX 475
JEFFERSON CITY, MO 65105-0475

CHRIS MASHBURN
6 Water Front Avenue
Austin, TX 78734

Iron Mountain Info Mgmt, Inc.
ATTN: Joseph Corrigan, Esquire
745 Atlantic Ave, 10th Fl
Boston, MA 02111

PCCP DCP Dallas Hotel, LLC
dba The Fairmont Dallas
c/o Macdonald Devin/ Patrick Madden
1201 Elm St #3800
Dallas TX 75270