Revised *01/2012*

Application (1)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS

IN RE:

FILED
AUG 3 2015
U.S. BANKRUPTCY COURT
BY_____ DEPUTY

| Security Austin Risk AMG, L.L.C. | 10-11645 |
|---|---|
| Debtor | Bankruptcy Case Number |

### APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT:    PCCP DCP DALLAS HOTEL, LLC

PHONE NUMBER:    (214) 651-3349    LAST FOUR DIGITS OF TAX ID NO:    0327

MAILING ADDRESS:    c/o Macdonald Devin, P.C. Patrick Madden, Esq.
3800 Renaissance Tower, 1201 Elm Street

CITY: Dallas    STATE: TX    ZIP: 75270

and that a dividend in the amount of $ 15,327.98 was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 7.29.15

_____
Claimant's Signature

State of _____
County of _____    SEE ATTACHED
Subscribed and sworn to before me this ____ day of _____, 20___.

_____
Notary Public

My commission expires: _____

Mail to:  United States Bankruptcy Court
Attn: Annette Anderson, Finance
615 E. Houston, Suite 546
San Antonio, TX  78205

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

*Signature of Document Signer No. 1*    *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Contra Costa

Subscribed and sworn to (or affirmed) before me on this 29th day of July, 2015, by
(1) Chuck Bond
(and (2) _____ ),
*Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

NANCY HOLIAN
Commission # 2035144
Notary Public - California
Contra Costa County
My Comm. Expires Jul 29, 2017

*Seal*
*Place Notary Seal Above*

———— **OPTIONAL** ————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: Application for payment    Document Date: _____
Number of Pages: 1    Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

AUTHORIZING RESOLUTION
FOR
PCCP DCP Dallas Hotel, LLC

Pursuant to §18-302(d) of the Delaware Limited Liability Company Act

The undersigned, being the managing member of PCCP DCP Dallas Hotel, a Delaware limited liability company (the "**Company**"), hereby adopts the following resolutions on behalf of the Company as of July 30, 2006:

WHEREAS, the undersigned, on behalf of and as the managing member of the Company, desires Chuck Bond, as an authorized signatory of the Company, to execute any and all agreements, deeds, certificates, instructions, instruments, requisitions, authorizations or other documents as may be necessary, desirable, appropriate, requested or required in order to consummate the purpose and business of the Company (collectively, "**Business Documents**");

Now therefore, it is hereby

RESOLVED, that Chuck Bond, as an authorized signatory of the Company, and each of the other managers, officers, directors, partners and/or members of the Company respectively (each an "**Authorized Officer**"), is hereby authorized, directed and empowered to execute, in the name and on behalf of the Company, both on behalf of itself and as the managing member, as deemed necessary or advisable, any and all Business Documents, in each case acting alone and without the consent of any partner, manager, member or other party, and take such other actions as the Authorized Officer may deem appropriate in connection with the foregoing or otherwise required in order to consummate the transactions contemplated in the Business Documents.

RESOLVED FURTHER, that any action previously taken by an Authorized Officer on behalf of the Company, both on behalf of itself and as the manager or member of any other entities, in connection with the foregoing is hereby ratified and confirmed.

This consent may be signed in counterparts, all of which, together, shall constitute a single instrument. Facsimile signatures shall be acceptable and shall be given the same effect as an original signature. A complete copy of this resolution is to be filed with the records of the Company.

[signature page follows]

IN WITNESS WHEREOF, the undersigned have executed this Authorizing Resolution as of the date first written above.

                               DCP INVESTORS III, LLC,
                               a Delaware limited liability company,

                     By:    DCP MANAGEMENT III, LLC,
                               a Delaware limited liability company,
                               its managing member

                               By: _____
                               Name: F. Matthew DiNapoli
                               Its:      Manager

SIGNATURE PAGE TO AUTHORIZING RESOLUTION

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| Security Austin Risk AMG, L.L.C. | § § § § | **Chapter 7** <br><br> **Bankruptcy Case No. 10-11645** |
| Debtor | § § | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 31st day of July, 2015, a copy of the APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS on behalf of PCCP DCP Dallas Hotel, LLC d/b/a The Fairmont Dallas, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

> San Antonio Division
> US Attorney
> 601 NW Loop 410, Suite 600
> San Antonio, TX 78216

Dated: July 31, 2015

By: _____
Patrick F. Madden
Counsel for PCCP DCP Dallas
Hotel d/b/a The Fairmont Dallas

924810

-1-

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT    Western District of Texas | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Security Austin Risk, AMG, L.L.C | Case Number: 10-11645-caq |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): PCCP DCP Dallas Hotel, LLC, d/b/a The Fairmont Dallas | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: MacDonald Devin, PC Patrick Madden, Esq. 1201 Elm Street, Suite 3800, Dallas, TX 75270 | Court Claim Number:_____ *(If known)* |
| Telephone number: (214) 651-3349 | Filed on:_____ |
| Name and address where payment should be sent (if different from above): | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: | ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 700,306.77

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Breach of Contract
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____  Basis for perfection: _____

Amount of Secured Claim: $_____  Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 10-4-10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/ *[signature]* | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Date: 01/27/15 | Check Number: 177 | Amount: 15,327.98 |
|---|---|---|
| Debtor Name: SECURITY AUSTIN RISK AMG, L.L.C. | | |
| Case Number: 10-11645 TMD | | |

| Paid To: | PCCP DCP Dallas Hotel, LLC<br>dba The Fairmont Dallas<br>c/o Macdonald Devin/ Patrick Madden<br>1201 Elm St #3800<br>Dallas TX 75270 | RANDOLPH N. OSHEROW, TRUSTEE<br>342 W. WOODLAWN, SUITE 100<br>SAN ANTONIO, TX 78212<br>(210) 738-3001 |
|---|---|---|

Description: Claim 000034, Payment 2.18875% (34-1) Breach of Contract(34-2)
Breach of Contract

Bank Account Number: 1150500089

---

**BANK OF KANSAS CITY**
PO Box 25961 / Overland Park, KS 66225

83-1510/1010
CHECK NUMBER 177

Claim 000034, Payment 2.18875%
(34-1) Breach of Contract(34-2)
Breach of Contract

CASE NUMBER: 10-11645 TMD   Debtor: SECURITY AUSTIN RISK AMG, L.L.C.

DATE: 01/27/15
AMOUNT: $******15,327.98

ESTATE OF SECURITY AUSTIN RISK AMG, L.L.C.

Fifteen Thousand Three Hundred Twenty Seven Dollars And 98/100

RANDOLPH N. OSHEROW, TRUSTEE
342 W. WOODLAWN, SUITE 100
SAN ANTONIO, TX 78212
(210) 738-3001

PAY TO THE ORDER OF

PCCP DCP Dallas Hotel, LLC
dba The Fairmont Dallas
c/o Macdonald Devin/ Patrick Madden
1201 Elm St #3800
Dallas TX 75270

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000177⑈ ⑆101015101⑆ 1150500089⑈